ELLIS *v.* BALLOU.

This case is ruled by *Ellis* v. *Ballou*, 129 Mich. 303.

Error to Ionia; Davis, J.   Submitted October 22, 1901.
( Docket No. 62. )   Decided April 22, 1902.

*Assumpsit* by Wilbur D. Ellis and Milo M. Belding,
executors of the last will and testament of John Ellis,
deceased, against Willis D. Ballou and Anna A. Bidwell,
copartners as W. D. Ballou & Co., on promissory notes.
From a judgment for defendants on verdict directed by
the court, plaintiffs bring error.   Affirmed.

*W. K. Clute,* for appellants.

*A. A. Ellis* and *E. M. Davis,* for appellees.

PER CURIAM.   This suit is the companion of *Ellis* v.
*Ballou,* decided January 28th last, and reported in 129
Mich. 303 ( 88 N. W. 898 ).   The suit is based upon two
promissory notes, given and held under precisely the same
circumstances as were the notes in the other suit.   Both
counsel make their arguments in that case the arguments
in this.   The appellants in their brief ask for the same
ruling in this case as in the other.   That case, therefore, is
controlling, and further discussion is unnecessary.

The judgment is affirmed.